UNITED STATES of America,
Plaintiff-Appellee,

v.

Cero Castro CAJADO, Defendant-
Appellant.

No. 16-17188
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

(October 30, 2017)

Roberta Josephina Bodnar, U.S. Attorney's Office—FLM, Ocala, FL, Arthur Lee Bentley, III, Joseph K. Ruddy, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Before TJOFLAT, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Mark O'Brien, appointed counsel for Cero Cajado in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed. 2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of Cajado's appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cajado's convictions and sentences are **AFFIRMED**.